1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH SUTCLIFFE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | Civil Action No. 2:21-cv-01397-JLR<br><br>STIPULATION AND ORDER FOR DISMISSAL |

### STIPULATION

IT IS HEREBY stipulated and agreed by all parties hereto, through their undersigned attorneys of record, that all claims asserted by Plaintiff against Defendants in the above-entitled action may be dismissed with prejudice without an award of attorney fees or costs to any party.

Dated this 30th day of August, 2022.

MENZER LAW FIRM, PLLC

_____ for
Matthew N. Menzer, WSBA #21665

_____
JohnDavid G. Toren, WSBA #48198
Attorneys for Plaintiff

Dated this 30th day of August, 2022.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
Heather M. Jensen, WA Bar No. 29635

_____
Jean Y. Kang, WSBA #42074
Attorneys for Defendant

STIPULATION AND ORDER FOR DISMISSAL - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims of

Plaintiff against Defendants in the above-entitled matter are dismissed with prejudice and

without attorney fees or costs to any party.


DATED this 30th day of August, 2022.

JUDGE JAMES L. ROBART

Presented by:


Dated this ___ day of August, 2022.                    Dated this ___ day of August, 2022.

LEWIS BRISBOIS BISGAARD & SMITH, LLP      MENZER LAW FIRM, PLLC


Heather M. Jensen, WA Bar No. 29635            Matthew N. Menzer, WSBA #21665


Jean Y. Kang, WSBA #42074                       JohnDavid G. Toren, WSBA #48198
Attorneys for Defendant                          Attorneys for Plaintiff


STIPULATION AND ORDER FOR DISMISSAL - 2                LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                                   1111 Third Avenue, Suite 2700